IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02502-AP

ELIZABETH F. MILLS,

       Plaintiff,

v.

MICHAEL J. ASTRUE,[1] Commissioner of Social Security,

       Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASE

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| Stephen A. Flynn<br>Colorado Legal Services<br>617 So. Nevada Ave.<br>Colorado Springs, CO 80903<br>719-471-0380<br>sflynn@pcisys.net<br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-1570<br>debra.meachum@ssa.gov<br>Attorneys for Defendant |
|---|---|

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

- A.   **Date Complaint Was Filed:**  12/13/06
- B.   **Date Complaint Was Served on U.S. Attorney's Office:** 1/10/07
- C.   **Date Answer and Administrative Record Were Filed:**  3/13/07

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:**   To the best of her knowledge, the record is complete.
**Defendant states:**  To the best of his knowledge, the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**   None anticipated.
**Defendant states:**  None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:**  To the best of her knowledge, this case does not involve unusual claims or defenses.
**Defendant states:**  To the best of his knowledge, this case does not involve unusual claims or defenses.

**7. OTHER MATTERS**

The parties have conferred to discuss the record and issues that were raised before the Appeals Council. As a result, Counsel for Defendant has asked the Agency for clarification of its position on several of those issues. A response is expected within the next 10-12 working days. Thus, the parties have extended the briefing time, as set forth below, to allow time for the Agency's response before briefing begins. Counsel for Defendant will contact Plaintiff's counsel by April 19, 2007, to advise him of the Agency's position on the issues previously discussed, and to jointly determine whether to proceed with the proposed briefing schedule. The parties will file a motion if there is any change to the proposed briefing schedule.

**8.     PROPOSED BRIEFING SCHEDULE**

      A.     **Plaintiff's Opening Brief Due:**      May 21, 2007
      B.     **Defendant's  Response Brief Due:**   June 20, 2007
      C.     **Plaintiff's  Reply Brief (if any) Due:**   July 6, 2007

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

      A.     **Plaintiff's Statement:**.   Oral argument not requested.
      B.     **Defendant's Statement:**  Oral argument not requested.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.     **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.     **( x )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this 2nd day of <u>April</u>, 2007.

                                      BY THE COURT:


                                      *S/John L. Kane*
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Stephen A. Flynn 4/2/07<br><br>Stephen A. Flynn<br>Colorado Legal Services<br>617 So. Nevada Ave.<br>Colorado Springs, CO 80903<br>719-471-0380<br>sflynn@pcisys.net<br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>By: s/Debra J. Meachum 4/2/07<br>  Debra J. Meachum<br>  Special Assistant U.S. Attorney<br>  1961 Stout Street, Suite 1001A<br>  Denver, Colorado  80294<br>  Telephone:  (303) 844-1570<br>  debra.meachum@ssa.gov<br>  Attorneys for Defendant. |