IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-2502-AP**

**ELIZABETH F. MILLS,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #12), filed April 17, 2007.  This Court has reviewed the file and considered the motion.  It is hereby

**ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  April 26, 2007.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT